*Forrest E. Single* and *Chauncey I. Clark* for the Great American Insurance Co. *Messrs. Frank J. McConnell, T. Catesby Jones,* and *Leonard J. Matteson* for Companhia de Navegacao. Reported below: 114 F. 2d 361.

No. 605. JACKSON COUNTY *v.* REED, TRUSTEE. December 23, 1940. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. John B. Pew* and *Rufus Burrus* for petitioner. *Mr. David M. Proctor* for respondent.

No. 617. HARRIS *v.* WHITTLE, SHERIFF. See *ante,* p. 622.

No. 538. FRIED *v.* UNITED STATES. January 6, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Louis Fried, pro se.*

No. 545. MILLER *v.* KIRWAN. January 6, 1941. Petition for writ of certiorari to the Supreme Court of Ohio, and motion for leave to proceed further *in forma pauperis,* denied. *Locke Miller, pro se. Mr. H. H. Hoppe* for respondent.

No. 438. BELL *v.* JOHNSTON, WARDEN. January 6, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Robert Vivion Bell, pro se.*